IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LORD JUDAH AL-BARR                                                    PETITIONER
Reg. No. 40258-509

v.                              Case No. 2:25-cv-00079-KGB

CHAD GARRETT, *et al.*                                              RESPONDENTS

## ORDER

Before the Court is a Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 13). Petitioner Lord Judah Al-Barr has not filed objections, and the time to do so has passed. In the Recommendation, Judge Harris recommends that Al-Barr's petition for writ of *habeas corpus* be dismissed because, among other reasons, his claims are the subject of a related case, *Al-Barr v. Humphrey*, Case No. 2:25-cv-00090-DPM (Dkt. No. 13, at 11). In *Humphrey*, United States District Judge D.P. Marshall Jr. adopted Judge Harris's Proposed Findings and Recommendation, which recommended dismissing Al-Barr's petition for writ of *habeas corpus* because Al-Barr had been released to pre-release custody, the relief he sought in his petition (Dkt. No. 14, at 2; 16).

On January 16, 2026, Al-Barr was released from custody of the United States Bureau of Prisons. *Find An Inmate: Lord Judah Al-Barr, Reg. No. 40258-509*, Bureau of Prisons, https://www.bop.gov/mobile/find_inmate/index.jsp#inmate_results (last visited May 18, 2026). Since Al-Barr is no longer incarcerated, the relief Al-Barr requested in his petition for writ of *habeas* corpus has been granted and his claims are moot. *See Miller v. Whitehead*, 527 F.3d 752, 756 (8th Cir, 2008); *Reaves v. Garrett*, 2025 WL 778059 (Mar. 11, 2025) (E.D. Ark.) (order adopted April 15, 2025). To the extent Al-Barr intended to seek compensatory and punitive damages for the alleged actions of defendants, Judge Harris in her initial screening Order limited

Al-Barr to claims to be asserted pursuant to 28 U.S.C. § 2241 which do not include claims for conditions-of-confident, state tort law, or Bivens claims seeking compensatory and punitive damages (Dkt. No. 2).  Judge Harris explained the reasons such claims are not properly joined in this action in her Recommendation, as well (Dkt. No. 13).

Accordingly, for the reasons explained in this Order, the Court declines to adopt the Recommendation (*Id.*) and dismisses Al-Barr's petition for writ of *habeas corpus* as moot (Dkt. No. 1).

It is so ordered this 19th day of May, 2026.

_____
Kristine G. Baker
Chief United States District Judge